### 3972. EADY *v.* THE STATE.

HILL, C. J. 1. A prosecutor is one who instigates a prosecution by making an affidavit charging a named person with the commission of a penal offense, on which a warrant is issued or an indictment or accusation is based. 6 Words & Phrases Judicially Defined, 5739.

2. An act of the legislature creating a city court, which provides that "defendants in criminal cases . . shall be tried on a written accusation . . founded upon the affidavit of the prosecutor," is fully complied with by a written accusation filed in the court, signed by the solicitor of the court, which recites that it is founded upon a desig-

nated affidavit, set out in full immediately preceding the accusation, and referred to therein as the "above and foregoing affidavit."

*Judgment affirmed.*

DECIDED MARCH 19, 1912.

Accusation of gaming; from city court of Blackshear—Judge Milton. December 12, 1911.

*E. H. Williams,* for plaintiff in error.

*S. F. Memory, solicitor,* contra.